NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5035

THEODORE C. ANTONSEN, MICHAEL F. CHORN, JEFFREY D. HUESTON, and ROBERT D. JENKINS,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 04-CV-163, Judge Lynn J. Bush.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

Theodore C. Antonsen et al. move without opposition for a 63-day extension of time, until June 2, 2009, to file an opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**APR 1 2009**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Jules Bernstein, Esq.
Shalom Brilliant, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 1 2009

JAN HORBALY
CLERK